Michael N. Zundel (3755)
James A. Boevers (0371)
**PRINCE, YEATES & GELDZAHLER**
A Professional Corporation
City Centre I, Suite 900
175 East 400 South
Salt Lake City, UT 84111
Telephone: (801) 524-1000

FILED
U.S. DISTRICT COURT

2005 MAY 24  P 2: 37

BY:

Attorneys for Plaintiff The Society of Lloyd's

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

Central Division

| | |
|---|---|
| THE SOCIETY OF LLOYD'S <br><br> Plaintiff, <br><br> vs. <br><br> WALLACE R. BENNETT, GRANT R. CALDWELL, CALVIN P. GADDIS, DAVID L. GILLETTE, STEPHEN M. HARMSEN, KELLY C. HARMSEN, JAMES R. KRUSE, EDWARD W. MUIR, and KENT B. PETERSEN, <br><br> Defendants. | **GARNISHEE JUDGMENT** <br> (Morgan Stanley, as Garnishee) <br><br> Case No. 2:02CV-0204TC <br> Judge Tena Campbell <br> Magistrate Judge Nuffer |

This matter having come before the Court on May 24, 2005, upon the Report and

Recommendation of the Honorable United States Magistrate Judge David Nuffer, and

objection thereto filed by Defendant Wallace R. Bennett, and Request for Hearing also filed

by Defendant Bennett; the Court having read and considered the papers on file and heard and

considered the arguments of counsel for each of the parties, and the Court having found that the garnishment at issue in this matter was properly issued and served upon the garnishee, Morgan Stanley, and that the attachment of the Defendant's property in the possession of Morgan Stanley (as made to appear by the garnishee's answers to the garnishment interrogatories) was properly extended by order of the Magistrate (as previously found by this Court) and that good cause appears to adopt the Report and Recommendation of the Magistrate, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1.      The recommended findings of the Magistrate are hereby adopted as the findings of this Court.

2.      This Garnishee Judgment shall extend to one-half the net value in Account No. APVA124 013054 063 H (and the proceeds thereof in whatever account they may be placed or transferred) and any other property of Defendant Bennett held by Morgan Stanley, less standard commissions and fees. The net value of the account is equal to the total value of the investments in the account, less the debt (or loan) balance against the account in favor of Morgan Stanley, at the time of liquidation.

3.      Any standard commissions or fees from the partial liquidation of the account shall be paid from the one-half net value amount.

4.      After payment of the standard commissions or fees, the amount remaining of the one-half net value of the accounts shall be paid to Plaintiff/Judgment Creditor, The Society

of Lloyd's, in care of Plaintiff's counsel, within ten days after the entry of this Garnishee

Judgment.

DATED this _2 4_ day of May, 2005.

**BY THE COURT:**

Honorable Tena Campbell
United States District Court Judge

Approved as to form:

_____

Attorneys for Wallace R. Bennett